# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC.,<br><br>　　　　　　*Plaintiff,*<br><br>　v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity, & U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>　　　　　　*Defendants.* | **Case No.:** 8:25-cv-1484 |

## PLAINTIFF CASA, INC.'S MOTION FOR A STAY OF AGENCY ACTION OR PARTIAL SUMMARY JUDGMENT

Plaintiff CASA, Inc., by and through its undersigned counsel, respectfully move for:

1.　　　An order postponing the effective dates of Defendants purported terminations of the Temporary Protected Status (TPS) designations for Afghanistan and Cameroon, pursuant to 5 U.S.C. § 705 of the Administrative Procedure Act (APA); or

2.　　　Summary judgment as to Counts I and II of the Complaint, declaring unlawful and setting aside the purported TPS designations for Afghanistan and Cameroon; and declaring that the TPS designation is extended until at least November 20, 2025, and the TPS designation is extended until at least December 7, 2025, pursuant to 5 U.S.C. § 706 of the APA and Federal Rule of Civil Procedure 56.

In support of this motion, Plaintiffs submit the attached memorandum of law and accompanying exhibits.

May 7, 2025                                    Respectfully submitted,

                                              *s/ Jonathan L. Backer*
Nicholas Katz, Esq. (D. Md. 21920)            Jonathan L. Backer (D. Md. 20000)
CASA, INC.                                    Rupa Bhattacharyya*
8151 15th Avenue                              Julia Gegenheimer[†]
Hyattsville, MD 20783                         Joseph W. Mead (D. Md. 22335)
240-491-5743                                  Mary B. McCord (D. Md. 21998)
nkatz@wearecasa.org                           Samuel P. Siegel[†]
                                              INSTITUTE FOR CONSTITUTIONAL ADVOCACY
                                                AND PROTECTION
Ryan C. Downer*                               Georgetown University Law Center
Sarah L. Bessell (D. Md. 30969)               600 New Jersey Ave., N.W.
WASHINGTON LAWYERS' COMMITTEE FOR             Washington, D.C. 20001
CIVIL RIGHTS AND URBAN AFFAIRS                Phone: (202) 661-6671
700 14th St. #400                             Fax: (202) 661-6730
Washington, D.C. 20005                        jb2845@georgetown.edu
Tel. (202) 319-1000                           jg1370@georgetown.edu
Fax (202) 319-1010                            jm3468@georgetown.edu
ryan_downer@washlaw.org                       mbm7@georgetown.edu
sarah_bessell@washlaw.org                     rb1796@georgetown.edu
                                              ss5427@georgetown.edu

                                              *Attorneys for CASA*

*Motion for admission pro hac vice forthcoming.*

[†]*Motion for admission pro hac vice forthcoming.  DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, a copy of the foregoing document was mailed via

certified mail, postage prepaid, to Defendants and their counsel at the following addresses:

United States Civil Process Clerk
United States Attorney's Office for the District of Maryland
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770

Secretary Kristi Noem & Department of Homeland Security
2707 Martin Luther King Jr. Ave., SE
Washington, D.C. 20528

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-001

*/s Jonathan L. Backer*
Jonathan Backer