IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CASA, INC.,<br><br>   *Plaintiff*,<br><br> v.<br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity, & U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>   *Defendants*. | **Case No.:** 8:25-cv-1484 |

**[PROPOSED] ORDER GRANTING PLAINTIFF CASA, INC.S' MOTION FOR PARTIAL SUMMARY JUDGEMENT**

Upon consideration of Plaintiff CASA, Inc.'s motion for partial summary judgment, the motion is **GRANTED** and it is **ORDERED** that:

- The purported termination of the Temporary Protected Status (TPS) designation for Afghanistan is **SET ASIDE** under 5 U.S.C. § 706(2) and **DECLARED** unlawful;

- It is **DECLARED** that the TPS designation for Afghanistan is extended until at least November 20, 2025;

- The purported termination of the TPS designation for Cameron is **SET ASIDE** under 5 U.S.C. § 706(2) and **DECLARED** unlawful;

- It is **DECLARED** that the TPS designation for Cameroon is extended until at least December 7, 2025;

SO ORDERED, this _____ day of _____, 2025.

                    _____
                    United States District Judge