IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

CASA, INC.,

        *Plaintiff*,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, & UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

        *Defendants*.

**Case No.** 8:25-cv-1484

**PLAINTIFF'S EMERGENCY MOTION TO EXPEDITE
AND MEMORANDUM IN SUPPORT**

Plaintiff respectfully requests that the Court expedite resolution of Plaintiff's Motion for a Stay of Agency Action or Partial Summary Judgment, and grant relief as soon as possible, no later than **May 20, 2025**. Plaintiff further requests that the Court modify the default briefing schedule set forth in Local Rule 105(2)(a), and direct Defendants to file a response with sufficient time for the Court to resolve the motion prior to May 20.

Without the Court's expedited intervention, thousands of Afghan nationals in the United States will lose their lawful status and work authorization on May 20, and thousands more Cameroon nationals will experience the same a few weeks after. These Afghan and Cameroonian nationals are currently protected by Temporary Protected Status (TPS), which allows nationals of countries experiencing armed conflict, environmental disaster, or other extraordinary and temporary conditions to live and work in the United States. 8 U.S.C. § 1254a. Without TPS, thousands of Afghan and Cameroonian nationals living in the United States face the imminent

prospect of detention and removal to countries that just 18 months ago were determined to "pose a serious threat to their personal safety." 88 Fed. Reg. 65,728, 65,732 (Sept. 25, 2023) (Afghanistan); *see also* 88 Fed. Reg. at 69,945, 69,949 (Oct. 10, 2023) (same for Cameroon); Andrew Schneider, *Many Afghans living in the U.S. fear being tortured or killed if they get deported*, NPR (May 7, 2025), https://perma.cc/8WMG-TUJA.  And these nationals will also lose their authorization to work lawfully in the United States, terminating their employment income and their ability to support themselves and their families.

As set forth in more detail in the Plaintiffs' Motion for a Stay of Agency Action or Partial Summary Judgment, a TPS designation can be terminated only if the Secretary of Homeland Security makes a determination, by notice published in the Federal Register at least 60 days prior to the expiration of the designation period, that country conditions have changed and TPS designation is no longer warranted.  8 U.S.C. § 1254a(b)(3).  This did not happen.  Instead, according to press reports, DHS Assistant Secretary of Public Affairs Tricia McLaughlin sent an email to news media stating that Defendant Noem had terminated TPS designations for both Afghanistan and Cameroon.  Hamed Aleaziz, *Trump Will End Temporary Protections for Afghans and Cameroonians*, N.Y. Times, Apr. 11, 2025, https://tinyurl.com/5e5fruuc.  This email has not been publicly disclosed, and as of the date of this filing, Defendants have provided no other statement or notice—much less the statutorily required publication in the Federal Register— regarding the purported termination of TPS for thousands of Afghan and Cameroonian nationals.

The Administrative Procedure Act allows a Court to set aside unlawful agency action, 5 U.S.C. § 706, and to "issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights pending conclusion of the review proceedings," 5 U.S.C. § 705.  Plaintiff's Motion for a Stay of Agency Action or Partial Summary Judgment asks

the Court, at a minimum, to postpone the effective date of the purported TPS terminations to prevent the serious and irreparable harm to Afghan and Cameroonian TPS holders that would result if they abruptly lose their lawful ability to live and work in the United States.

This Court's prompt intervention is needed before DHS's purported termination of Afghanistan's and Cameroon's TPS designations can take effect on May 20, 2025, and June 7, 2025, respectively.

No counsel for Defendants has yet entered an appearance in this case, so Plaintiff is unable to represent their position on this motion. Contemporaneously with this filing, Plaintiff's counsel has emailed copies of the complaint and the motions filed to date to the counsel for Defendants in other recent litigation involving TPS, as well as served Defendants a copy of this motion and other filings by first-class mail.

For all the foregoing reasons, Plaintiff respectfully request that this Court grant this motion, expedite consideration of Plaintiff's Motion for a Stay of Agency Action or Partial Summary Judgment, modify the default briefing schedule, and issue a decision on Plaintiff's motion on or before **May 20, 2025**, to ensure that the purported termination of Afghanistan's TPS designation does not take effect.

Dated: May 7, 2025                                  Respectfully submitted,

                                                    */s Jonathan L. Backer*

Nicholas Katz, Esq. (D. Md. 21920)                  Jonathan L. Backer (D. Md. 20000)
CASA, INC.                                          Rupa Bhattacharyya*
8151 15th Avenue                                    Julia Gegenheimer[†]
Hyattsville, MD 20783                               Joseph W. Mead (D. Md. 22335)
240-491-5743                                        Mary B. McCord (D. Md. 21998)
nkatz@wearecasa.org                                 Samuel P. Siegel[†]
                                                    INSTITUTE FOR CONSTITUTIONAL ADVOCACY
                                                       AND PROTECTION

3

Ryan C. Downer*
Sarah L. Bessell (D. Md. 30969)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. #400
Washington, D.C. 20005
Tel. (202) 319-1000
Fax (202) 319-1010
ryan_downer@washlaw.org
sarah_bessell@washlaw.org

Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
Phone: (202) 661-6671
Fax: (202) 661-6730
jb2845@georgetown.edu
jg1370@georgetown.edu
jm3468@georgetown.edu
mbm7@georgetown.edu
rb1796@georgetown.edu
ss5427@georgetown.edu

*Attorneys for Plaintiff CASA, Inc.*

*\*Motion for admission pro hac vice forthcoming.*

†*Motion for admission pro hac vice forthcoming.  DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, a copy of the foregoing document was mailed via certified mail, postage prepaid, to Defendants and their counsel at the following addresses:

United States Civil Process Clerk
United States Attorney's Office for the District of Maryland
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770

Secretary Kristi Noem & Department of Homeland Security
2707 Martin Luther King Jr. Ave., SE
Washington, D.C. 20528

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-001

*s/ Jonathan L. Backer*
Jonathan Backer
