IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

CASA, INC.,

    *Plaintiff*,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, & UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

    *Defendants*.

Case No. 8:25-cv-1484

## JOINT STATUS REPORT

The Parties have finalized an agreement that avoids the need for the expedited briefing schedule set forth in this Court's May 8, 2025, Order, ECF No. 21, for Plaintiff's Motion for a Stay of Agency Action or Partial Summary Judgment, ECF No. 2.

Defendants represent that Afghan and Cameroonian nationals who have Temporary Protected Status (TPS) will retain that status, see 8 U.S.C. § 1254a(a)(1), (d)(4), (f), for at least 60 days following publication of any termination of Afghanistan's or Cameroon's TPS designation in the Federal Register, absent an individualized loss of TPS eligibility consistent with applicable legal requirements, *see id.* § 1254a(c).  Based on that representation, Plaintiff CASA, Inc., agrees to an extension of the briefing schedule.

Accordingly, the Parties jointly propose the following briefing schedule:

**Plaintiff's Amended Complaint and Motion for appropriate relief**:  7 days after the publication of any termination of Afghanistan's TPS designation.

**Defendants' Opposition to Plaintiff's Motion for Appropriate Relief**: 14 days after Plaintiff's Motion is filed.

**Reply**: 5 days after Defendants' Opposition is filed.

Dated: May 9, 2025

Respectfully submitted,

/s/

| | |
|---|---|
| Nicholas Katz, Esq. (D. Md. 21920) | Joseph W. Mead (D. Md. 22335) |
| CASA, INC. | Jonathan L. Backer (D. Md. 20000) |
| 8151 15th Avenue | Rupa Bhattacharyya* |
| Hyattsville, MD 20783 | Julia Gegenheimer† |
| 240-491-5743 | Mary B. McCord (D. Md. 21998) |
| nkatz@wearecasa.org | Samuel P. Siegel† |
| | INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION |
| Ryan C. Downer* | Georgetown University Law Center |
| Sarah L. Bessell (D. Md. 30969) | 600 New Jersey Ave., N.W. |
| WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS | Washington, D.C. 20001 |
| 700 14th St. #400 | Phone: (202) 661-6671 |
| Washington, D.C. 20005 | Fax: (202) 661-6730 |
| Tel. (202) 319-1000 | jb2845@georgetown.edu |
| Fax (202) 319-1010 | jg1370@georgetown.edu |
| ryan_downer@washlaw.org | jm3468@georgetown.edu |
| sarah_bessell@washlaw.org | mbm7@georgetown.edu |
| | rb1796@georgetown.edu |
| | ss5427@georgetown.edu |

*Attorneys for Plaintiff CASA, Inc.*

*Admitted pro hac vice.

†Admitted pro hac vice. DC Bar application pending, practice pursuant to Rule 49(c)(8), DC Courts, and supervised by DC Bar member.

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

WILLIAM H. WEILAND
(Mass. Bar 661433)
Senior Litigation Counsel

LAUREN BRYANT (NY Bar 5321880)
ANNA DICHTER (NJ Bar 304442019)
JEFFREY HARTMAN (WA Bar 49810)
CATHERINE ROSS (DC Bar 9007404)
AMANDA SAYLOR (FL Bar 1031480)
ERIC SNYDERMAN (VA Bar 99563)
Trial Attorneys

/s/
SARAH L. VUONG (CA Bar. 258528)
(signed by Joseph Mead with permission of Sarah L. Vuong)
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-1263
Sarah.L.Vuong@usdoj.gov

*Attorneys for the Defendants*