UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASA, INC.,

    Plaintiff,

v.

KRISTI NOEM,
*in her official capacity as
Secretary of Homeland Security*, and
U.S. DEPARTMENT OF
HOMELAND SECURITY,

    Defendants.

Civil Action No. 25-1484-TDC

## ORDER

For the reasons stated during the May 27, 2025 Case Management Conference, it is hereby ORDERED that:

1. Defendants are granted leave to file the Cross Motion for Partial Summary Judgment and Motion to Dismiss proposed in ECF No. 44. The briefing on the Motions shall be combined with Defendants' memorandum in opposition to Plaintiff's Motion for Partial Summary Judgment or Stay of Agency Action, ECF No. 42, in a single brief and shall be filed by **Tuesday, June 3, 2025**.

2. By agreement, Defendants shall defer asserting the argument seeking dismissal of Count 5 of the Amended Complaint on the merits. The Court will grant Defendants leave to assert that argument at a later date.

3. Defendants should include in their submission the administrative record of the determination as to the Temporary Protected Status designation of Afghanistan and are

specifically directed that they must include, at a minimum, the final decision document by the Secretary or other agency official relating to that determination.

4. Plaintiff shall file its memorandum in opposition to Defendants' Motions and reply brief on Plaintiff's Motion as one brief, which will be deemed timely if filed by **Tuesday, June 10, 2025**.

5. Defendants' reply brief is due by **Friday, June 13, 2025**.

6. Each party's briefing on the Motions shall not exceed a combined 50 pages.

Date: May 27, 2025

THEODORE D. CHUANG
United States District Judge