## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CASA, INC.,

    Plaintiff,

    v.

KRISTI NOEM,
*in her official capacity as
Secretary of Homeland Security*, and
U.S. DEPARTMENT OF
HOMELAND SECURITY,

    Defendants.

Civil Action No. 25-1484-TDC

## ORDER

Upon review of Plaintiff's Notice of Intent to File Motions Regarding Termination of Cameroon's Temporary Protection Status ("TPS") Designation, ECF No. 50, it is hereby ORDERED that:

1. Plaintiff is granted leave to file the Supplement to the Amended Complaint proposed in ECF No. 50 by **Thursday, June 5, 2025**. The Supplement shall be no longer than **5 pages**.

2. Plaintiff is granted leave to supplement its Motion for Partial Summary Judgment or Stay of Agency Action, ECF No. 42, to include additional arguments relating to Cameroon based on the Supplement. All such arguments shall be included within the memorandum in opposition to Defendants' Motions and reply brief on Plaintiff's Motion, which remains due on **Tuesday, June 10, 2025** and which may include five additional pages. Defendants' reply brief, which remains due on **Friday, June 13, 2025**, may also include five additional pages.

3.  Plaintiff is granted leave to file an additional reply brief solely on the issue of the new

    arguments relating to termination of the TPS designation of Cameroon.  The reply brief

    will be deemed timely if filed by **Monday, June 16, 2025** and shall not exceed **3 pages**.


Date:  June ____, 2025

                                            THEODORE D. CHUANG
                                            United States District Judge

2