**Institute for Constitutional Advocacy and Protection**

**GEORGETOWN LAW**

June 6, 2025

**VIA CM/ECF**
Judge Theodore D. Chuang
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770

**Re: Notice of Intent to File a Motion for Production of Administrative Record Regarding Cameroon TPS Determination**

Dear Judge Chuang,

    CASA writes to request permission to file a motion for the government to produce the administrative record with regard to the Cameroon TPS determination.

    On June 5, 2025, and consistent with this Court's June 4 Order, ECF No. 54, CASA filed a Supplement to the Amended Complaint that added APA and equal protection claims regarding the attempted Cameroon termination, ECF No. 55 (Counts VI–VIII). Argument on the Cameroon APA claims has been folded into the current briefing schedule, with CASA's argument due June 10, the government's response due June 13, and CASA's reply due June 16.

    This Court has previously expressed its preference for production of the administrative record, including any Memo of Decision, regarding the Afghanistan TPS determination, in order to assist the Court in evaluating the pending motions, and specifically the issues of whether and when DHS made the TPS determination. In its June 4 Order, the Court instructed that the government "should include in their submission the administrative record" of that determination, "specifically direct[ing] that they must include, at a minimum, the final decision document by the Secretary or other agency official relating to that determination." ECF No. 49 ¶ 3. CASA seeks the same information for the Cameroon TPS determination, in order to assist the Court in resolving the similar pending claims as to Cameroon.[1]

    CASA has consulted with Defendants, who represent that they cannot provide a timeline for production of the Cameroon administrative record at this time.

Sincerely,

_____/s/_____
Jonathan L. Backer
Senior Counsel

---

[1] Defendants produced what they purport is a Memo of Decision regarding the termination of Afghanistan's TPS designation. ECF No. 51-2. Nearly all of the contents of that memo are redacted based on an assertion of the deliberative process privilege.

Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
Phone: (202) 661-6671
jb2845@georgetown.edu