UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASA, INC.,

    Plaintiff,

v.

KRISTI NOEM,
*in her official capacity as
Secretary of Homeland Security*, and
U.S. DEPARTMENT OF
HOMELAND SECURITY,

    Defendants.

Civil Action No. 25-1484-TDC

## ORDER

For the reasons stated during the June 18, 2025 Case Management Conference, it is hereby ORDERED that:

1. By agreement of the parties, Defendants shall file the administrative record of the determination as to the Temporary Protected Status designation of Cameroon by **Wednesday, June 25, 2025**.

Date: June **18**, 2025



THEODORE D. CHUANG
United States District Judge