**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CASA, INC.,

     Plaintiff,

    v.

KRISTI NOEM,
*Secretary of Homeland Security,*
*in her official capacity*, and
U.S. DEPARTMENT OF
HOMELAND SECURITY,

     Defendants.

Civil Action No. 25-1484-TDC

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1.    Plaintiff CASA Inc.'s Motion for Partial Summary Judgment or a Stay of Agency Action, ECF No. 42, is DENIED.

2.    Defendants' Cross Motion for Summary Judgment and Motion to Dismiss, ECF No. 53, is DENIED.

3.    Defendants are directed to file an Answer to the Amended Complaint within **14 days** of the date of this Order.

Date: July 10, 2025

THEODORE D. CHUANG
United States District Judge