# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KRISTI NOEM,<br>*Secretary of Homeland Security,*<br>*in her official capacity*, and<br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>　　Defendants. | Civil Action No. 25-1484-TDC |

## ORDER

Plaintiff CASA, Inc. ("CASA"), has filed a Notice of Intent to File a Motion for a Stay of Agency Action Pending Appeal pursuant to Federal Rule of Civil Procedure 62(d), ECF No. 79, which, at CASA's request, the Court will construe as a Motion. Upon consideration of the applicable standards under Rule 62(d) and CASA's arguments in the Motion, and based on the Court's analysis of CASA's likelihood of success on the merits as set forth in the Court's July 10, 2025 Memorandum Opinion, ECF No. 76, the Court will not stay the agency action pending appeal and will not issue the alternatively requested 14-day stay. *See Nken v. Holder*, 556 U.S. 418, 434 (2009). Accordingly, it is hereby ORDERED that CASA's Motion for a Stay of Agency Action Pending Appeal, ECF No. 79, is DENIED.

Date:  July 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　THEODORE D. CHUANG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge