FILED: July 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1792
(8:25-cv-01484-TDC)
_____

CASA, INC.

      Plaintiff - Appellant

v.

KRISTI NOEM, Secretary of Homeland Security, in her official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY

      Defendants - Appellees

_____

O R D E R
_____

The Court GRANTS the requested administrative stay of agency action regarding the termination of Temporary Protected Status for Afghanistan until Monday, July 21, at 11:59 p.m.

The Court ORDERS the parties adhere to the following briefing schedule on the emergency motion for postponement of agency action: The Government's Response Brief

shall be due Wednesday, July 16, by 11:59 p.m.; CASA, Inc.'s Reply Brief shall be due Thursday, July 17, by 11:59 p.m.

For the Court

/s/ Nwamaka Anowi, Clerk