UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASA, INC.,

    Plaintiff,

v.

KRISTI NOEM,
*in her official capacity as
Secretary of Homeland Security*, and
U.S. DEPARTMENT OF
HOMELAND SECURITY,

    Defendants.

Civil Action No. 25-1484-TDC

## ORDER

For the reasons stated at the July 25, 2025 Case Management Conference, it is hereby ORDERED that:

1. Defendants are granted leave to file the Motion to Dismiss Counts 5 and 8 proposed in ECF No. 78. The Motion will be deemed timely if filed by **Wednesday, July 30, 2025**. Plaintiff's memorandum in opposition to the Motion is due by **Wednesday, August 13, 2025**. Any reply brief is due by **Wednesday, September 3, 2025**.

2. Plaintiff is granted leave to file the Motion to Complete the Administrative Records and for Extra-Record Discovery proposed in ECF No. 88, which shall include a list of requested documents, by **Wednesday, August 13, 2025**. Defendants' memorandum in opposition to the Motion, which shall include a production of the requested documents or a statement of the reasons for failing to produce them, is due by **Wednesday, August 27, 2025**. Any reply brief is due by **Wednesday, September 3, 2025**.

3. If Defendants assert that some or all of the requested documents do not exist, they shall provide an affidavit from a U.S. Department of Homeland Security official with direct knowledge attesting to the nonexistence of those documents.

4. If Defendants assert that some or all of the requested documents are privileged, they shall provide a privilege log.

Date: July 29, 2025



THEODORE D. CHUANG
United States District Judge