# EXHIBIT I

Case 3:25-cv-01766-EMC   Document 110-3   Filed 04/15/25   Page 27 of 165
Case 8:25-cv-01484-TDC   Document 104-9   Filed 08/13/25   Page 2 of 2

SIGNATURE NEEDED
SUMMARY: TPS Haiti Partial Vacatur
TYPE OF ACTION: S1 SIGNATURE
ES 25-07536



| **DEPARTMENT OF HOMELAND SECURITY** | **STORM #** | **SENIOR LIAISON OFFICER:** |
|---|---|---|
| **RECORD OF CLEARANCE AND APPROVAL** | 25-07536 | LAWRENCE INDYK |
| **LEAD COMPONENT:** OGC | **DATE SUBMITTED TO FO:** 02/14/25 | **DRAFT RECEIVED DATE:** 02/14/25 |

**SUMMARY OF DOCUMENT:** TPS HAITI PARTIAL VACATUR
**ATTACHMENT A:** DECISION DOCUMENT
**ATTACHMENT B:** DRAFT FEDERAL REGISTER NOTICE
**ATTACHMENT C:** JULY 2024 PACKAGE - TPS LEGAL AUTHORITY
**ATTACHMENT D:** JULY 2024 PACKAGE - USCIS COUNTRY CONDITIONS
**ATTACHMENT E:** JULY 2024 PACKAGE - DEPARTMENT OF STATE RECOMMENDATION & COUNTRY CONDITIONS
**ATTACHMENT F:** JULY 2024 PACKAGE - SIGNED DECISION DOCUMENT
**ATTACHMENT G:** JULY 2024 PACKAGE - PUBLISHED FEDERAL REGISTER NOTICE

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| SENIOR COUNSELOR (ROB LAW) | RL | 2/14 | CLEAR |
| SENIOR ADVISOR (JIMMY PERCIVAL) | JP | 2/14 | CLEAR |
| SENIOR ADVISOR (JOSEPH N. MAZZARA) | JM | 2/15 | CLEAR |
| JOSEPH GUY SENIOR ADVISOR | JG | 2/15 | CLEAR |
| SENIOR ADVISOR (TROUP HEMENWAY) | TH | 2/15 | CLEAR |
| SENIOR ADVISOR (TROY EDGAR) | TE | 2/15 | CLEAR |
| CHIEF ADVISOR COREY LEWANDOWSKI | [signature] | 2/17 | (ALSO PROVIDED VIA EMAIL) |
| S1 | [signature] | 2/18/25 | |

**AFTER REVIEW RETURN TO:** [redacted], EXECUTIVE SECRETARIAT

**TELEPHONE** [redacted]

APPROVED FOR AUTOPEN: ___ YES ___ NO   DATE AND INITIALS FOR AUTOPEN APPROVAL: _____

HT Vacatur AR_0164