# EXHIBIT M

**Jones, Eric**

**From:** Norman, Jon A Maj Gen USAF SOUTHCOM SC-CC (US) [redacted]
**Sent:** Thursday, January 4, 2018 12:00 PM
**To:** Jones, Eric
**Cc:** [redacted]
**Subject:** URGENT/ACTION: Request for review: potential implications of rescinding TPS in El Salvador (UNCLASSIFIED//FOUO)

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY

Eric,

BLUF: SC CCDR reviewed/approved input below
- OSD (P) and JCS J5 are aware.

BACKGROUND: USSOUTHCOM tear line assessment of El Salvador TPS rescission follows:
______________________________________________
______________________________________________

If El Salvador's Temporary Protected Status (TPS) is rescinded, the likely return of up to 195,000 Salvadorans will strain the economy where opportunity is already limited and present a potential destabilizing influence to the country. While unlikely to trigger a mass migration event to the United States, it is likely to accelerate illegal migration north. The removal of TPS could further stress El Salvador's security forces, undermining efforts to combat transregional and transnational threat networks, including the MS-13.

Rescinding TPS could potentially limit El Salvador leadership's willingness to continue current security cooperation with the United States, although El Salvador's reliance on U.S. assistance to address its security challenges makes this unlikely. El Salvador is a willing partner in the interdiction of narcotics trafficking and the extradition of criminals to the United States, and recently began negotiations with the United States on a transfer agreement for detained criminals. El Salvador hosts a Cooperative Security Location (CSL), a forward operating location that hosts both DoD and interagency aircraft that support counter narcotics and counter threat network missions. The CSL agreement is up for renewal in 2020, and while significant opposition to its renewal is currently unlikely, a major change in TPS status could potentially affect the El Salvador government's future position on extending the agreement. U.S. Embassy San Salvador highlighted earlier this week that El Salvador is about to enter a decisive political year with legislative and municipal elections scheduled for March 2018, followed by first round presidential elections in February 2019.

Currently, El Salvador's security forces can only maintain the security situation with the help of the military, and nearly 75% of the military supports law enforcement on a daily basis. Homicide rates in El Salvador have been the highest in the world over the past two years, and despite a decrease in 2017, this has contributed to a climate of fear and hopelessness that continues to drive migrants north. The Government of El Salvador cannot provide basic services for deported migrants and their economy cannot create sufficient jobs to support them. Remittances currently account for 17-18% of El Salvador's GDP and of these remittances, 30% come from people holding TPS status. The elimination of this income will have a significant negative effect on El Salvador's economy.

______________________________________________
______________________________________________

Thank you again for the opportunity to provide comment from our Headquarters.

v/r
Jon

//signed/jn//

Jon Norman, Maj Gen, USAF
Chief of Staff
US SOUTHERN COMMAND
[redacted]

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY

CLASSIFICATION: UNCLASSIFIED//FOR OFFICIAL USE ONLY