# EXHIBIT P

EMBASSY OF THE REPUBLIC OF HAITI
WASHINGTON, DC

October 4, 2017

The Honorable Elaine C. Duke
Acting Secretary of the Department of Homeland Security
Washington, D.C. 20528

Dear Secretary Duke,

Please accept this correspondence in response to the letter from your Department dated September 8, 2017. I want to thank you for your Department's continued collaboration with the Haitian Government in addressing Haiti's Temporary Protected Status (TPS) designation. The Haitian Government is committed to working with the United States to reach a mutually beneficial resolution on this very important issue. Towards that end, the Haitian Government is of the sincere opinion that an extension for an additional eighteen (18) months or a TPS re-designation will serve the shared national interests of both Haiti and the United States.

As the two oldest republics in the Western Hemisphere, we have a long history of collaborating to further our shared values and national interests. Our request for an extension of the TPS designation for an additional eighteen (18) months is meant to ensure that Haiti is able to adequately move forward with its recovery and redevelopment plan and will not have to rely, over the long term, on the United States for temporary residence for its citizens.

We believe that the best way for us to convey our reasoning behind our request for an additional eighteen (18) months extension of the TPS designation is to show you the facts on the ground. Therefore, my Government is extending an invitation to host you in Haiti so that you can personally see the efforts underway to address the issues that warranted TPS designation for Haiti in the first place. Moreover, a visit to Haiti would offer you insight on the challenges that we continue to face. We sincerely believe that once you see the conditions on the ground, it will become clear that an additional eighteen (18) months extension or re-designation is in the shared national interests of both Haiti and the United States. We respectfully suggest that the visit occur no later than the first week of November so that you have sufficient time to assess the situation on the ground before making a decision on TPS for Haitians.

Haiti has undergone a catastrophic and unprecedented series of natural disasters during the last seven years. As you know, the TPS designation for Haiti originated in the aftermath of the January 2010 earthquake that devastated the country, leaving at least 300,000 people dead and more than one million of our citizens internally-displaced. Subsequently, United Nations soldiers introduced a cholera epidemic that killed thousands of people, sickened over 800,000

and that continues to pose a healthcare risk to our citizenry. Valuable resources initially earmarked for addressing critical earthquake recovery issues had to be re-appropriated to eradicate this epidemic, with limited support from the United Nations, the entity that brought the disease to Haiti in the first place. To add to the devastation, on October 4, 2016, Hurricane Matthew, a Category 4 with 145 mph winds and the worst to strike our nation in 52 years, raged through Haiti, destroying over 200,000 homes, wiping out towns, entire villages, and destroying valuable crops. This caused a severe food crisis of unparalleled magnitude in Haiti's history. The economic loss from Hurricane Matthew alone was estimated at 2.8 billion dollars. As a result of these three extraordinary recent catastrophes, in May 2017, we requested an extension of the TPS designation for an additional eighteen (18) months to allow the Haitian Government more time to implement its ongoing recovery and redevelopment plan.

When former Secretary John Kelly announced a six-month extension of Haiti's TPS designation through January 22, 2018, he stated that, "if Haiti is able to continue its pace of recovery from the 2010 earthquake, then a TPS extension past January 2018 may not be warranted." However, despite best efforts and tangible progress, unforeseen natural disasters, including Hurricanes Irma and Maria, have significantly delayed the Government's ability to adequately maintain the pace of recovery from the 2010 earthquake. Therefore, the Haitian Government contends an 18-month extension or a TPS re-designation is necessary for Haiti to continue on the path of progress.

Since our last request, our ongoing efforts to continue to recover from the earthquake and from the ravages of the cholera epidemic and Hurricane Matthew have been hampered by significant setbacks, as Haiti continued to face unforeseeable and daunting challenges. In the past month, both Hurricanes Irma and Maria have caused serious damage in Haiti. A substantial amount of agricultural crops have been destroyed and communities have been flooded, which has resulted in the further displacement of local communities. Additionally, the impact of the most recent hurricanes on neighboring island countries, such as Turks and Caicos, has caused significant harm to the Haitian economy. As you may know, Haiti's economy relies heavily on the contribution of its Diaspora. A substantial proportion of the labor force in many neighboring islands that were affected by Hurricanes Irma and Maria is of Haitian descent. As many of these countries struggle to rebound from these hurricanes, Haitians expatriates working there have found themselves unable to support their families back home, further complicating Haiti's recovery process and delaying the ability of the country to place itself back in the position that it was in prior to the 2010 earthquake.

As noted in your Department's letter, a statutory basis required to designate a country for TPS is that "there has been an environmental disaster resulting in a substantial, but temporary, disruption of the living conditions in the area affected, the country is temporarily unable to handle adequately the return of its nationals, and the country has officially requested TPS designation." Unfortunately, Haiti has had three such major blows since 2010. The detrimental impacts of the recent hurricanes have complicated our ability to recover from the 2010 earthquake, cholera, and Hurricane Matthew within the projected timeline and have exacerbated the situation on the ground, resulting in major disruptions of living conditions in the short-term. Given the current circumstances on the ground and based on the statutory

guidelines, an extension or re-designation of TPS for Haitians is fully warranted and would serve the mutual national interests of both countries.

Back in May, your Department's TPS determination stated that "permitting Haitian nationals to continue residing temporarily in the U.S. is not contrary to the national interest of the United States". Since then, we have not received any subsequent communication from the USG that these conditions changed. Our research, as well as our conversations with U.S. law enforcement and elected officials representing districts and states where Haitian TPS recipients reside, has shown that our nationals have been exemplary law-abiding residents and pose no threat to the security of the United States or its people. Moreover, Haitian TPS recipients have not constituted a financial burden on U.S. taxpayers. Rather, Haitian TPS recipients have made significant economic contributions to their communities here in the United States as acknowledged publicly by Congressional Leaders, from the Democratic and Republican side, as well as Mayors, Governors and business leaders.

At this precarious juncture, an 18-month extension or a TPS re-designation beyond January 2018 is a necessity. Not extending TPS beyond January 2018 would force the Government of Haiti not only to halt its ongoing, short-term redevelopment efforts, but also to focus its limited resources on receiving an influx of citizens. Under these circumstances, we fear that a non-renewal may cause TPS beneficiaries to find alternative, and ill-advised, ways to remain in the United States, and would also embolden trans-national human traffickers and cartels to prey upon this group of vulnerable individuals; such an outcome would not be in the best interests of either of our governments.

In the interim, the Haitian Government is diligently working to put the country back on a trajectory towards a swift recovery. The current leadership in Haiti is in the process of implementing a robust and expansive recovery and redevelopment plan. The plan includes enhancing our infrastructure, increasing private investment and incentivizing economic growth. The redevelopment plan is meant not only to significantly improve the lives of Haitians at home, but also to encourage the return of those living overseas to contribute in the long-term sustainability and economic prosperity of our country.

In the spirit of the long shared-history of our two nations, I thank your Department for the continued dialogue with the Government of Haiti on this important matter. I look forward to hearing back from you regarding a suitable date to host you in Haiti.

Sincerely,

Paul G. Altidor
*Ambassador*

EMBASSY OF THE REPUBLIC OF HAITI
WASHINGTON, DC

November 8, 2017

MEMORANDUM FOR: U.S. Department of Homeland Security (DHS)

FROM: Embassy of the Republic of Haiti in Washington, DC

SUBJECT: Extension of the Temporary Protected Status (TPS) for Haitian Nationals

The Government of the Republic of Haiti is pleased to submit this memorandum to the attention of the United States Department of Homeland Security (DHS) in support of the extension of the Temporary Protected Status (TPS) program for Haitian nationals. As stated in its most recent letter to the Acting DHS Secretary, the Honorable Elaine C. Duke, the Haitian Government is requesting an extension of TPS because the conditions in the country that warranted the initial TPS designation persist. This memo lays out the totality of the circumstances, as it exists in Haiti which is relevant under the TPS calculations. This extension request is meant to ensure that Haiti is able to adequately move forward with its recovery plans from the earthquake and will not have to rely, over the long term, on the United States as a temporary haven for its citizens.

Over the last seven years, the Haitian people have faced a series of unprecedented natural disasters that resulted in extraordinary and temporary conditions warranting the granting of TPS. Given the current circumstances, Haiti unquestionably meets the extension or re-designation criteria under the TPS statute. Section 244(b)(1)(B)(i) of the Immigration and Nationality Act states "TPS may be designated, re-designated, or extended if the Attorney General finds that there has been an earthquake, flood, drought, epidemic, or other environmental disaster in the state resulting in substantial, but temporary, disruption of living conditions in the area affected" and Section 244(b)(1)(C) states that a designation is warranted when "the Attorney General finds that there exist extraordinary and temporary conditions in the foreign state that prevent aliens who are nationals of the state from returning to the state in safety, unless the Attorney General finds that permitting the aliens to remain temporarily in the United States is contrary to the national interests of the United States."

The following facts, based on the current conditions on the ground, demonstrate that Haiti indisputably meets the criteria for (re)designation or renewal of TPS under the existing statute:

1. **Earthquake and internally displaced population**: On January 12, 2010, an earthquake killed over 250,000 people in Haiti. Moreover, it left more than two million Haitians internally displaced according to a report by the Global Justice Clinic of the New York University School of Law. While the Government of Haiti has made significant progress in ensuring that a substantial number of the internally displaced are adequately housed, thousands of Haitians still, unfortunately, remain displaced as a result of the earthquake. As of September 2017, close to

40,000 of those displaced by the earthquake were still in displacement. An extension of TPS would enable the Haitian Government to adequately house the remaining internally displaced people without an immediate addition of up to 50,000 Haitian nationals who could be repatriated as a result of the TPS expiration.

2. **Additional natural disasters since the earthquake:** In addition to the earthquake, Haiti has suffered from a succession of natural disasters that have worsened the conditions that justified the TPS designation in the first place. In October 2016, Hurricane Matthew, a category 4 storm and the worst to strike Haiti in over 52 years, ravaged Haiti and its economy. As a result, the country faces challenges equal to those it faced in the aftermath of the earthquake. Since the last TPS extension in May of this year, the country's ongoing efforts to continue to recover from the earthquake and from the ravages of the cholera epidemic and Hurricane Matthew have been hampered by other disasters. Both Hurricanes Irma and Maria, which struck in September 2017, have caused serious damage in Haiti, including the destruction of agricultural crops and further displacement of the population. The detrimental impact of Irma and Maria have complicated the ability of Haiti to truly recover from the 2010 earthquake, cholera, and Hurricane Matthew within the previously projected timelines and have exacerbated the situation on the ground, resulting in major disruptions of living conditions in the short-term.

3. **Cholera epidemic:** As of November 1, 2017, it is well documented that Haiti suffered the worst cholera epidemic in over a century. Introduced to Haiti by United Nations soldiers, the cholera epidemic killed thousands of people, sickened over 800,000 and continues to pose a healthcare risk to Haiti's citizenry. Certainly Haiti, despite limited resources, has made a lot of progress in dealing with cholera but it will take years to overcome the consequences of the epidemic in the post-recovery efforts. In a recently published report, the Global Justice Clinic states that "in 2016, Haiti was home to nearly one in three cases of cholera worldwide." Such assessment is further proof of the magnitude of the vulnerable conditions that the population faces as a result of the epidemic. Moreover, the United Nations has projected that 30,000 people in Haiti will fall ill with cholera by the end of 2017. After Hurricane Matthew, the monthly number of suspected cholera cases more than doubled. Hurricane Matthew not only worsened the cholera epidemic, but also has impeded progress on the necessary infrastructure development to keep Haitians safe from cholera. Unfortunately, critical financial resources initially earmarked to address earthquake-related matters had to be reallocated to resolve the cholera issue. The Haitian Government needs more time to effectively address cholera; today it is focused increasingly on long-term control efforts, such as improving the water and sanitation systems necessary to provide a durable cholera solution.

4. **Drought and flooding:** Between 2012 and 2015, Haiti's food security showed overall improvement, but food security declined rapidly from 2015 to 2016 due to natural disasters. In 2016, Hurricane Matthew hit one of Haiti's key food-producing areas, affecting two million people and killing more than 350,000 farm animals. Entire towns were wiped out, and many of the roads and other infrastructure repairs that the Government of Haiti initiated as part of the recovery process since the earthquake were either destroyed or severely damaged. Hurricanes Irma and Maria skirted north of Haiti but caused significant damage, turning entire communities into pools of waters. The flooding caused by hurricanes Irma and Maria destroyed vast areas of farmland. Critical crops that would have been used to feed the population are no longer available. Moreover, the flooding of farmland forced many agricultural workers to abandon their farm, further causing an increase in unemployment. Consequently, Haiti runs the risk of facing a food crisis due to the destruction of crops by hurricanes Irma and Maria.

5. **Economic conditions**: The earthquake brought the Haitian economy to its knees. According to the World Bank and the International Monetary Fund, Haiti suffered losses in excess of USD 9 billion. Despite best efforts to reboot the economy, subsequent natural disasters drastically slowed economic recovery. Hurricane Matthew caused an additional USD 2.8 billion in damage, further complicating the recovery efforts. The administration in Haiti is implementing a robust and comprehensive plan to stimulate the Haitian economy. As Haiti is trying to revitalize its economy, a non-renewal of TPS will force the country, in the near term, to welcome a large number of TPS recipients who may become vulnerable due to the precarious economic situation on the ground.

6. **Rebuilding of infrastructure destroyed by the earthquake**: Since the earthquake, the Haitian Government has been making considerable investments in rebuilding the country's core infrastructure destroyed by the earthquake. Tangible progress was being made in key infrastructure areas such as the rebuilding of hospitals, community health centers and roads. Unfortunately, the cascade of hurricanes has either significantly damaged buildings and roads or has simply destroyed them.

In addition to the existing conditions on the ground that clearly justify a TPS renewal, another set of compelling reasons justify such a decision. These reasons include:

- **Legislative solution to TPS**: A growing number of Congressional leaders, from both sides of the aisle, have written to the DHS Secretary to solicit an extension of TPS for Haitians. In addition to arguing that Haiti continues to meet the criteria for an extension, many congressional leaders have also hinted at introducing a permanent legislative solution to the TPS issue.

- **Haitian TPS recipients pose no threat to the security of the United States**: In its last TPS determination for Haitians, DHS stated that "permitting Haitian nationals to continue residing temporarily in the U.S. is not contrary to the national interest of the United States". Research continues to show that Haitian nationals benefiting from TPS have been exemplary law-abiding residents and pose no threat to the security of the United States or its people. Moreover, Haitian TPS recipients have not constituted a financial burden on U.S. taxpayers. Rather, Haitian TPS recipients have made significant economic contributions to their communities here in the United States, as acknowledged publicly by Congressional leaders, as well as Mayors, Governors, and business leaders. Allowing the Haitian Government a temporary reprieve to address issues on the ground would not cause a burden on the United States and its people.

To conclude, a statutory basis required to designate a country for TPS is that "the country has officially requested TPS designation". Under the current statute, the Haitian Government strongly feels, despite tangible progress and its best efforts, that a sufficient basis exists to justify a renewal of TPS.

AMBASSADE D'HAITI
WASHINGTON, D.C.

2311 MASSACHUSETTS AVENUE, NW | WASHINGTON, DC 20008 | (202) 332-4090