# EXHIBIT Q

Ministerio de Relaciones Exteriores

Hugo Martínez
Ministro

Antiguo Cuscatlán, 22 de agosto de 2017.

SEÑORA SECRETARIA A.I.:

Tengo el honor de dirigirme a Su Excelencia, destacando en primer lugar, los fuertes lazos de amistad y cooperación existentes entre nuestros pueblos y gobiernos; vínculos que se han forjado a lo largo de nuestra historia, llegando a desempeñar hoy en día, un papel fundamental y de profunda incidencia en nuestro desarrollo económico y social.

Su Excelencia, en este contexto me permito expresarle que en la actualidad, 190,152 salvadoreños están amparados bajo el Estatus de Protección Temporal (TPS) y que dicho beneficio ha posibilitado a este grupo de compatriotas insertarse en importantes áreas de la economía estadounidense y transformarse en parte de la fuerza productiva de su país, aportando con ello al desarrollo económico de los Estados Unidos y de El Salvador.

El Salvador ha hecho esfuerzos en los últimos años para lograr mayor seguridad y prosperidad con el apoyo de los Estados Unidos en el marco del Plan de la Alianza para la Prosperidad del Triángulo Norte, y aunque dichas acciones están rindiendo ya algunos frutos, incluso en la disminución de la migración irregular, nuestro país enfrenta aún muchos desafíos en el campo de la seguridad, la economía y aquellos derivados de catástrofes naturales como terremotos, depresiones tropicales y más recientemente sequías.

En virtud de lo anterior, recurrimos a la cooperación de su Gobierno, con el propósito de solicitarle la extensión del Estatus de Protección Temporal (TPS), el cual finaliza el 8 de marzo de 2018. Asimismo, no omito manifestarle que el Gobierno de El Salvador se encuentra trabajando decididamente en superar las causas estructurales de la migración irregular, promoviendo las capacidades de nuestros ciudadanos, el desarrollo productivo, la seguridad y el fortalecimiento de las instituciones del Estado.

En espera que la presente solicitud sea considerada positivamente por su Honorable Gobierno, aprovecho la oportunidad para renovarle las muestras de mi alta y distinguida consideración.

MINISTERIO DE RELACIONES EXTERIORES

EXCELENTÍSIMA SEÑORA
ELAINE C. DUKE
SECRETARIA A.I.
DEPARTAMENTO DE SEGURIDAD
NACIONAL (DHS),
ESTADOS UNIDOS DE AMÉRICA,
WASHINGTON, D.C.

[Official seal of the Republic of El Salvador in Central America]

[Ministry of Foreign Relations]

Hugo Martínez

Minister

Antiguo Cuscatlán
August 22, 2017

MADAM ACTING SECRETARY:

It is my honor to address Your Excellency and to begin this letter by emphasizing the strong ties of friendship and cooperation that exist between our peoples and governments; Which have forged a long history of our history and have now played a fundamental role in our economic and social development.

Your Excellency, in this context, I would like to express to you that at present, 190,152 Salvadorans are covered under the Temporary Protection Status (TPS). This benefit has enabled some of my compatriots to insert themselves in important areas of the U.S. economy and become part of it, thus contributing to the economic development of both the United States and El Salvador.

In recent years, El Salvador has made the effort to achieve greater security and prosperity with the support of the United States under the North Triangle Prosperity Plan. Though these actions are yielding some benefits – including decreasing irregular migration– our country still faces many challenges related to security, the economy and natural disasters such as earthquakes, tropical depressions and recent droughts.

In light of the aforementioned, I would like to request your Government's help in extending the Temporary Protected Status (TPS), which expires on March 8, 2018. I would also like to inform you that the Government of El Salvador is working hard to overcome the structural causes of irregular migration by fostering the skills of our citizens, sustainable development, security and strengthening state institutions.

Pending your government's positive consideration of the present request, I would like to take this opportunity to renew the assurances of my highest consideration and esteem.

[Signature]

[Official Stamp of the Ministry of Foreign Relations]

HER EXCELLENCY
ELAINE C. DUKE
ACTING SECRETARY
U.S. DEPARTMENT OF HOMELAND SECURITY (DHS)
WASHINGTON, D.C.
UNITED STATES