# EXHIBIT R

United States Senate

WASHINGTON, DC 20510-0905

BILL NELSON
FLORIDA

2017 AUG 25 PM 1:14

SCANNED/RECEIVED BY ESEC SEC

August 24, 2017

The Honorable Elaine Duke
Acting Secretary of Homeland Security
3801 Nebraska Avenue NW
Washington, DC 20528

Dear Acting Secretary Duke:

I write regarding Temporary Protected Status (TPS) for Haitian nationals. Given Haiti's continued recovery from the 2010 earthquake and last fall's Category 4 hurricane, I strongly urge you to grant a full, 18-month extension of Temporary Protected Status for the roughly 60,000 Haitian nationals living here in the U.S.

The 2010 earthquake killed more than 200,000 people, displaced another one million, and ultimately led to a cholera epidemic that devastated the island. Last October, Hurricane Matthew's destruction compounded these problems and created new ones, killing more than 1,000 people, devastating Haiti's infrastructure and agricultural system, and leaving many Haitians without a secure supply of food or shelter. As Secretary Kelly himself noted earlier this year, "significant losses of crops and livestock in the regions damaged by Hurricane Matthew impacted the entire country."

Hurricane Matthew has significantly set back Haiti's ongoing recovery efforts, and I strongly urge you to fully consider these conditions in extending TPS for another 18 months.

Then-Secretary Kelly and I have worked together closely on this issue, and I look forward to doing the same with you. As you consider this request to extend TPS beyond its current expiration date of January 22, I encourage you to visit Haiti to assess the conditions on the ground there for yourself. I also encourage you to meet with Haitian leaders in Florida to discuss the importance of extending protections for those already living here and the impact it has on the community.

The new Government of Haiti is in the process of implementing an economic growth plan so Haiti can better serve its people at home and those living abroad. I know that you share hopes for a stable and prosperous Haiti, and I look forward to working with you to achieve these goals.

Thank you for your attention to this matter.

Sincerely,

Bill Nelson