BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
WILLIAM H. WEILAND
Acting Assistant Director
ANNA L. DICHTER
Senior Litigation Counsel
LAUREN BRYANT
JEFFREY HARTMAN
CARLTON F. SHEFFIELD
CATHERINE ROSS
AMANDA B. SAYLOR
ERIC SNYDERMAN
SHELBY WADE
DANIEL CAPPALLETTI
ILANA KRAMER
RODOLFO SAENZ
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0770
Facsimile: (202) 305-7000
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CASA INC.,<br><br>PLAINTIFF,<br><br>V.<br><br>KRISTI NOEM, Secretary of Homeland Security, et al.,<br><br>DEFENDANTS. | Case No. 8:25-cv-1484-TDC |

**DEFENDANTS' SUBMISSION OF DOCUMENTS**
**PURSUANT TO ECF NO. 98**

**DEFENDANTS' SUBMISSION OF DOCUMENTS**
**PURSUANT TO ECF NO. 98**

In response to Plaintiff's request for documents, ECF No. 104, and pursuant to this Court's July 29, 2025 order, ECF No. 98, Defendants hereby submit the following documents:

1. Declaration of Matthew R. Tyson (August 27, 2025), attached as Exhibit A;
2. Declaration of Sasha M. Ridley (August 27, 2025), attached as Exhibit B;
3. Record of Clearance and Approval – Afghanistan (March 21, 2025), attached as Exhibit C;
4. Record of Clearance and Approval – Cameroon (April 7, 2025), attached as Exhibit D;
5. Joint Letter from Senators Klobuchar, *et. al*, (February 4, 2025), attached as Exhibit E;
6. Joint Letter from Congressional Members Van Hollen, *et. al*, (February 4, 2025), attached as Exhibit F;
7. Letter from Secretary of State Marco Rubio (April 8, 2025), attached as Exhibit G;[1] and
8. Privilege Log, attached as Exhibit H.

[1]This document does not belong in the administrative record as it was received after the TPS termination determination for Cameroon was made. *See Camp v. Pitts*, 411 U.S. 138, 142 (1973) (review of agency action is typically limited to the administrative record that was before the agency at the time of the decision). Nonetheless, DHS has provided it as part of this submission.

Dated: August 27, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

WILLIAM H. WEILAND
Acting Assistant Director

ANNA L. DICHTER
Senior Litigation Counsel

LAUREN BRYANT
CATHERINE ROSS
ERIC SNYDERMAN
JEFFREY HARTMAN
CARLTON F. SHEFFIELD
SHELBY WADE
DANIEL CAPPALLETTI
ILANA KRAMER
RODOLFO SAENZ
Trial Attorneys

/s/ Amanda B. Saylor__________
AMANDA B. SAYLOR
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 598-6837
Amanda.B.Saylor@usdoj.gov

Counsel for Defendants