**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CASA INC.,

*Plaintiff*,

v.

KRISTI NOEM, Secretary of Homeland Security, *et al*.,

*Defendants*.

No. 8:25-cv-1484-TDC

**DECLARATION OF Matthew R. Tyson**

I, Matthew R. Tyson, make the following declaration in lieu of an affidavit as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States District Court for the District of Maryland, and that it is the legal equivalent of a statement under oath.

1. I am the Acting Deputy Under Secretary of Analysis. I have served in this position since August 24, 2025. I have been an employee of the Department of Homeland Security (DHS) since August 2020 and have served in a variety of intelligence and management positions. In my capacity as Acting Deputy Under Secretary of Analysis, I am responsible for supervising the analytic program of the DHS Office of Intelligence and Analysis (I&A).

2. The matters contained in this declaration are based upon my personal knowledge, my review of information available to me in my official capacity, and information provided to me by other I&A employees in the course of my official duties as Acting Deputy Under Secretary of Analysis.

3. On or about August 13, 2025, Plaintiffs, in the above captioned case, requested certain documents and records from DHS related to the terminations of Temporary Protected Status (TPS) benefits for Cameroon and Afghanistan.

4. I write this declaration to provide information on why the below documents do not exist, in accordance with the July 29, 2025, Court Order in the above-captioned case.

    a. <u>Input from the Office of Intelligence and Analysis</u>:

    Plaintiffs requested records related to assessments by the Office of Intelligence and Analysis regarding the security situation, humanitarian challenges, and implications of terminating TPS for Cameroon and Afghanistan.

To the best of my knowledge, information, and belief, based on a reasonable inquiry, I&A did not provide such assessments for Secretary Noem's 2025 decisions to terminate TPS for Cameroon and Afghanistan.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Dated: August 27, 2025

Matthew R. Tyson
Acting Deputy Under Secretary of Analysis