# Congress of the United States

Washington, DC 20515

April 4, 2025

President Donald J. Trump
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

**RECEIVED**
**By ESEC at 12:45 pm, Apr 07, 2025**

Dear President Trump,

We write to urgently request that your administration continue to provide temporary humanitarian protections for Cameroonian nationals living in the United States by redesignating and extending the designation of Cameroon for Temporary Protected Status (TPS). The ongoing violence, human rights violations, and humanitarian crises in Cameroon continue to place its citizens at severe risk. Continuing TPS protection for Cameroonians already residing in the United States is not only a humanitarian imperative but also aligns with the United States' broader interests, including economic stability, security, and regional leadership.

Cameroon was originally designated for TPS on June 7, 2022, due to the extreme violence between government forces and armed separatists, the deadly attacks by the terrorist organization Boko Haram, and reported human rights violations and abuses committed against the people by the government.[1] The Department of Homeland Security later extended the TPS designation and simultaneously redesignated Cameroon for TPS, citing the ongoing armed conflict, the secessionist crisis, human rights abuses by members of armed groups and forces, food insecurity, the spread of disease, and mass displacement that continued to prevent Cameroonian nationals from returning and residing in the country safely.[2]

The dire situation in Cameroon has not improved. In its 2023 Report on Human Rights Practices for Cameroon, the State Department stated, in no uncertain terms, that "[t]here was no significant changes in the human rights situation in Cameroon during the year."[3] The violence from Anglophone separatists and Boko Haram continues to disrupt civilian life. Separatist groups in the North-West and South-West regions clash with government forces resulting in unlawful killings, abductions, and widespread human rights violations. Meanwhile, the Boko Haram insurgency in the Far North region further exacerbates instability. The country has also suffered economic collapse, displacement of citizens, and destruction of infrastructure. Nearly 1 million people have been displaced within the country, and humanitarian aid remains severely limited, with over 1.8 million people needing urgent assistance. As of late 2024, parts of Cameroon are also grappling with a cholera outbreak and rampant food insecurity, further exacerbating the suffering of its citizens. The State Department has also documented the

---

[1] 2022 Designation of Cameroon for Temporary Protected Status: U.S. Department of Homeland Security Federal Register Notice, https://www.federalregister.gov/documents/2022/06/07/2022-12229/designation-of-cameroon-for-temporary-protected-status.
[2] 2023 Extension and Redesignation of Cameroon for Temporary Protected Status: U.S. Department of Homeland Security Federal Register Notice, https://www.federalregister.gov/documents/2023/10/10/2023-22375/extension-and-redesignation-of-cameroon-for-temporary-protected-status.
[3] 2023 Country Reports on Human Rights Practices: Cameroon, U.S. Department of State (2024), https://www.state.gov/reports/2023-country-reports-on-human-rights-practices/cameroon/.

targeting of Christian communities, including church burnings, abductions, and killings.[4] The violence has led to the closure of over half of the schools in the affected areas, leaving 250,000 children without an education. Due to these extraordinary and temporary conditions, Cameroon remains an unsafe place for its nationals to return to, and it would be inconsistent with humanitarian principles to make them do so.

Extending and redesignating TPS to Cameroonian nationals also aligns with U.S. national security interests by supporting counterterrorism efforts in the Lake Chad Basin and Central Africa. Cameroon remains a critical partner in counterterrorism efforts against Boko Haram and the Islamic State West Africa Province (ISWAP), both of which continue to launch attacks on civilians and security forces in the region. Instability in Cameroon—marked by ongoing violence and economic collapse—provides a breeding ground for terrorist recruitment. The U.S. Department of State has recognized that instability and forced displacement contribute to extremist groups gaining power, exploiting vulnerable populations to bolster their ranks.[5] By allowing Cameroonian nationals to remain in the U.S. under TPS, the U.S. prevents the forced return of individuals to a volatile environment where they may be at risk of radicalization or targeted recruitment by terrorist organizations. Therefore, extending TPS to Cameroonian nationals promotes U.S. foreign policy objectives and demonstrates U.S. commitment to safeguarding individuals from conflict and persecution while promoting regional stability in Central Africa.

TPS for Cameroonian nationals directly benefits the U.S. economy, as well. TPS recipients have historically maintained high employment rates, with over 80% participating in the workforce.[6] Cameroonian TPS holders specifically contribute to critical industries such as healthcare, construction, and transportation—sectors facing severe workforce shortages, which Cameroonian nationals in these roles help address. Furthermore, rather than being a burden on government programs, TPS holders are taxpaying, productive members of society. A report from the American Immigration Council found that TPS holders contribute billions of dollars in wages and earnings annually. Like all TPS recipients, the thousands of Cameroonian nationals residing in the U.S. pay taxes, bolstering federal and state tax revenues. Given the ongoing crises in Cameroon, extending TPS allows eligible individuals to continue supporting the U.S. economy while remaining protected from returning to conditions where they would face serious threats to their safety and well-being.

---

[4] 2021 Report on International Religious Freedom: Cameroon, U.S. Department of State (2022), https://www.state.gov/reports/2021-report-on-international-religious-freedom/cameroon/#:~:text=The%20U.S.%2Ddesignated%20foreign%20terrorist,wounding%20at%20least%2011%20others; 2023 Report on International Religious Freedom: Cameroon, U.S. Dep't of State (2024), https://www.state.gov/reports/2023-report-on-international-religious-freedom/cameroon/#:~:text=For%20example%2C%20according%20to%20a,departed%20and%20the%20pastor%20returned.

[5] *2023 Country Reports on Human Rights Practices: Cameroon*, U.S. DEP'T OF STATE (2024), https://www.state.gov/reports/2023-country-reports-on-human-rights-practices/cameroon/; Tomás F. Husted, *Cameroon: Key Issues and U.S. Policy*, CONG. RSCH. SERV. (Sept. 22, 2021), https://crsreports.congress.gov/product/pdf/R/R46919/2.

[6] Nicole Svajlenka, *What Do We Know About Immigrants with Temporary Protected Status*? CTR. FOR AM. PROGRESS (Feb. 11, 2019), https://www.americanprogress.org/article/know-immigrants-temporary-protected-status/.

It is warranted and urgently necessary that your administration maintain temporary humanitarian protections for Cameroonian nationals living in the United States by extending and redesignating the country for Temporary Protected Status. The country's worsening security situation, combined with its ongoing humanitarian crises and human rights abuses, makes return impossible for many Cameroonian nationals. By continuing TPS, the United States will be protecting its national security interests, supporting the American economy, and providing essential protection to those who need it most.

We thank you for your consideration of this request.

Sincerely,

Chris Van Hollen
United States Senator

Glenn Ivey
Member of Congress

Tim Kaine
United States Senator

Yvette D. Clarke
Member of Congress

Eleanor Holmes Norton
Member of Congress

Sheila Cherfilus-McCormick
Member of Congress

Marc A. Veasey
Member of Congress

Jamie Raskin
Member of Congress

Paul D. Tonko
Member of Congress

Henry C. "Hank" Johnson, Jr.
Member of Congress

Joaquin Castro
Member of Congress

Juan Vargas
Member of Congress

Rashida Tlaib
Member of Congress

Sylvia R. Garcia
Member of Congress

Lois Frankel
Member of Congress

Gwen S. Moore
Member of Congress

Jonathan L. Jackson
Member of Congress

Ilhan Omar
Member of Congress

Adriano Espaillat
Member of Congress

André Carson
Member of Congress

Seth Moulton
Member of Congress

Peter Welch
United States Senator

Edward J. Markey
United States Senator

Bernard Sanders
United States Senator

Raphael Warnock
United States Senator

Jeanne Shaheen
United States Senator
Ranking Member, Senate
Foreign Relations Committee

Patty Murray
United States Senator

Cory A. Booker
United States Senator

Mark R. Warner
United States Senator

Alexandria Ocasio-Cortez
Member of Congress

Pramila Jayapal
Member of Congress

Alex Padilla
United States Senator

Mazie K. Hirono
United States Senator

Amy Klobuchar
United States Senator