*CASA v. Noem, et al.* 8:25-cv-1484 – AR Privilege Log

| AR Document Title | Document Date | From | To | Subject | Applicable Privileges | Privilege Description |
|---|---|---|---|---|---|---|
| MEMORANDUM FOR THE SECRETARY AND THE DEPUTY SECRETARY | 3/20/2025 | Kika M. Scott | Secretary and Deputy Secretary of Homeland Security | MEMORANDUM FOR THE SECRETARY AND THE DEPUTY SECRETARY | DP - Deliberative Process | Predecisional, deliberative document reflecting possible, unimplemented options re: Afghanistan TPS. |
| S1 Decision Memo - TPS Cameroon - v2 - 04.07.2025 | 4/7/2025 | Kika M. Scott | Secretary of Homeland Security | MEMORANDUM FOR THE SECRETARY | DP - Deliberative Process | Predecisional, deliberative document reflecting possible, unimplemented options re: Cameroon TPS. |