# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

|  |  |
|---|---|
| CASA, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, & UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | **Case No.** 8:25-cv-1484 |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff CASA, Inc., propounds to Defendants Kristi Noem and the U.S. Department of Homeland Security the following Interrogatories. These Interrogatories should be answered in writing and under oath by Defendants on or before March 5, 2026, and in accordance with the Definitions and Instructions set forth below.

Where knowledge or information in possession of Defendants is requested, such request includes the knowledge of Defendants' agents, representatives, employees, and, unless privileged, their attorneys. These Interrogatories shall be deemed continuing so as to require supplemental answers if Defendants or their agents, employees, representatives, employees, or attorneys obtain further or different information between the times these answers are served and the time of trial. To that end, any new information must be promptly made available to Plaintiffs.

### DEFINITIONS

As used within these Interrogatories, the following term shall have the specified meaning:

1

A.    "Defendants," "You," "Your," and "Yours," refer to the parties to whom the Interrogatories are directed, including but not limited to Kristi Noem in her official capacity as Secretary of Homeland Security, the U.S. Department of Homeland Security, its components and subcomponents, and its officers, agents, representatives, or employees. These words shall not be interpreted to be so limited as to merely be asking for the knowledge of the persons signing on behalf of the parties.

B.    "TPS" means temporary protected status, a form of immigration relief available to nationals of designated countries, as set forth in 8 U.S.C. § 1254a.

## INSTRUCTIONS

1.    The following Interrogatories are to be answered based upon the knowledge of You, Your agents, attorneys, and anyone acting upon Your behalf.

2.    These Interrogatories must be answered under oath, on or before March 5, 2026. These Interrogatories shall be deemed to be continuing, so require You to supplement Your responses as soon as further responsive information or documents are obtained.

3.    If You have any objection to any Interrogatory or any part of any Interrogatory, state the specific nature of the objection.

4.    If You have any objection to any Interrogatory or any part of any Interrogatory on the basis of confidentiality or privilege, provide a privilege log identifying the withheld information and the nature of the privilege.

5.    The singular shall include the plural, and the plural shall include the singular; the words "and" and "or" shall be construed conjunctively or disjunctively to make the request inclusive rather than exclusive; and the words "any" shall include "all" and "all" shall include "any."

## INTERROGATORIES

### INTERROGATORY NO. 1:

Explain how Executive Order 14,150 factors into Your periodic review of countries' TPS designations.

### ANSWER:

### INTERROGATORY NO. 2:

Explain how Executive Order 14,150 has changed how You evaluate whether to extend or terminate a country's TPS designation compared to how You have conducted such evaluations in past administrations.

### ANSWER:

### INTERROGATORY NO. 3:

Explain how Executive Order 14,159 factors into Your periodic review of countries' TPS designations.

### ANSWER:

**INTERROGATORY NO. 4:**

Explain how Executive Order 14,159 has changed how You evaluate whether to extend or terminate a country's TPS designation compared to how You have conducted such evaluations in past administrations.

**ANSWER:**

**INTERROGATORY NO. 5:**

Explain how Executive Order 14,163 has changed how You administer or evaluate candidates for the U.S. Refugee Assistance Program compared to how You have done so under past administrations.

**ANSWER:**

**INTERROGATORY NO. 6:**

Provide the total number of individuals whose Student and Exchange Visitor Information System (SEVIS) records have been terminated from January 20, 2025, until present, broken down by country of origin.

**ANSWER:**

**<u>INTERROGATORY NO. 7:</u>**

Identify all political parties, ideologies, or groups whose supporters You have proposed be given preference within the United States refugee system.

**<u>ANSWER:</u>**

**<u>INTERROGATORY NO. 8:</u>**

Identify all political parties, ideologies, or groups whose supporters You have been instructed or directed to preference within the United States refugee system and the person who has provided that instruction or direction.

**<u>INTERROGATORY NO. 9:</u>**

Identify the total number of applicants for the "Gold Card" program broken down by disposition of the application and country of origin of the applicants.

**<u>ANSWER:</u>**

5

**INTERROGATORY NO. 10:**

Identify all administrative investigations relating to fraud that have been conducted concerning TPS beneficiaries from Afghanistan from May 20, 2022, through May 13, 2025, including the investigating agency, the date the investigation was opened, the factual predication for the investigation, and the outcome of each investigation.

**ANSWER:**

**INTERROGATORY NO. 11:**

Identify all administrative investigations relating to public safety that have been conducted concerning TPS beneficiaries from Afghanistan from May 20, 2022, through May 13, 2025, including the investigating agency, the date the investigation was opened, the factual predication for the investigation, and the outcome of each investigation.

**ANSWER:**

**INTERROGATORY NO. 12:**

Identify all administrative investigations relating to national security that have been conducted concerning TPS beneficiaries from Afghanistan from May 20, 2022, through May 13, 2025, including the investigating agency, the date the investigation was opened, the factual predication for the investigation, and the outcome of each investigation.

**ANSWER:**

**INTERROGATORY NO. 13:**

Identify all federal agencies, or components or subcomponents of agencies, consulted as part of each periodic review of Afghanistan's TPS designation pursuant to 8 U.S.C. § 1254a(b)(3)(A).

**ANSWER:**

**INTERROGATORY NO. 14:**

Identify all federal agencies, or components or subcomponents of agencies consulted as part of each periodic review of Cameroon's TPS designation pursuant to 8 U.S.C. § 1254a(b)(3)(A).

**ANSWER:**

7

**INTERROGATORY NO. 15:**

Identify each person involved in making a decision or who shared their opinion with the decision-maker regarding whether to extend, terminate, vacate, or partially vacate a country's TPS designation since January 20, 2025, whether nor not a final extension, termination, vacatur, or partial decision has been published in the Federal Register on the response date.

**ANSWER:**

**INTERROGATORY NO. 16:**

Identify each person involved in making the decision or who shared their opinion with the decision maker regarding the termination of the Cuba, Haiti, Nicaragua, and Venezuela (CHNV) parole programs.

**ANSWER:**

**INTERROGATORY NO. 17:**

Identify each person involved in making the decision or who shared their opinion with the decision maker regarding the large-scale termination of Student and Exchange Visitor Information System (SEVIS) records and revocation of F-1 visas.

**ANSWER:**

**INTERROGATORY NO. 18:**

Identify each person involved in making a decision or who shared their opinion with the decision-maker regarding implementation of Executive Order 14,150.

**ANSWER:**

**INTERROGATORY NO. 19:**

Identify each person involved in making a decision or who shared their opinion with the decision-maker regarding implementation of Executive Order 14,159.

**ANSWER:**

**INTERROGATORY NO. 20:**

Identify each person involved in making a decision or who shared their opinion with the decision-maker regarding implementation of §§ 2, 3(c), and 4 of Executive Order 14,163.

**ANSWER:**

**INTERROGATORY NO. 21:**

Identify each person involved in making a decision or who shared their opinion with the decision-maker regarding implementation of § 4 of Executive Order 14,204.

**ANSWER:**

9

**INTERROGATORY NO. 22:**

Identify each person involved in making a decision or who shared their opinion with the decision-maker regarding implementation of § 4 of Executive Order 14,351 and the creation of a "Gold Card" program.

**ANSWER:**

**I hereby affirm under the penalties of perjury that the factual statements set forth in the foregoing Answers to Plaintiff's First Set of Interrogatories are true and accurate.**

_____                    _____
Date                                              Name

Dated: February 3, 2026

_____/s/_____

Ryan C. Downer*
Sarah L. Bessell (D. Md. 30969)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. #400
Washington, D.C. 20005
Tel. (202) 319-1000
Fax (202) 319-1010
ryan_downer@washlaw.org
sarah_bessell@washlaw.org

Jonathan L. Backer (D. Md. 20000)
Rupa Bhattacharyya*
Julia Gegenheimer*
Joseph W. Mead (D. Md. 22335)
Mary B. McCord (D. Md. 21998)
Samuel P. Siegel*
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
Phone: (202) 661-6671
Fax: (202) 661-6730
jb2845@georgetown.edu
jg1370@georgetown.edu
jm3468@georgetown.edu
mbm7@georgetown.edu
rb1796@georgetown.edu
ss5427@georgetown.edu

*Attorneys for Plaintiff CASA, Inc.*

*Admitted pro hac vice.*