## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CASA, INC.,

    Plaintiff,

    v.

MARKWAYNE MULLIN,
*in his official capacity as
Secretary of Homeland Security*, and
U.S. DEPARTMENT OF
HOMELAND SECURITY,

    Defendants.

Civil Action No. 25-1484-TDC

## ORDER

The Court has completed its *in camera* review of the unredacted versions of the March 20, 2025 decisional memorandum relating to the termination of Temporary Protected Status ("TPS") for Afghanistan and the April 3, 2025 decisional memorandum relating to the termination of TPS for Cameroon. Accordingly, and for the reasons stated in the December 8, 2025 Memorandum Opinion, ECF No. 122, it is hereby ORDERED that:

1. The Clerk shall provide to Defendants, *ex parte* and under seal, copies of the decisional memoranda in which the material that may be redacted is highlighted in yellow.

2. Defendants shall prepare and produce to Plaintiff versions of the decisional memoranda that are unredacted except for the material designated for redaction by the Court, and shall file them on the docket, within **7 days** of receiving such copies from the Court.

3. The versions produced pursuant to (2) above shall be included in the relevant administrative records.

Date: April 2, 2026



THEODORE D. CHUANG
United States District Judge