## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CASA, INC.,

    Plaintiff,

    v.

MARKWAYNE MULLIN,
*in his official capacity as
Secretary of Homeland Security*, and
U.S. DEPARTMENT OF
HOMELAND SECURITY,

    Defendants.

Civil Action No. 25-1484-TDC

## ORDER

Defendants have filed a Motion to Stay in which they request that the Court stay all proceedings in this case until after the United States Supreme Court issues a ruling in *Mullin v. Doe*, No. 25-1083 (U.S. 2026), and *Trump v. Miot*, No. 25-1084 (U.S. 2026). Mot. to Stay, ECF No. 138. On March 16, 2026, the Supreme Court granted certiorari before judgment in those related cases, in which district courts postponed the terminations of Temporary Protected Status for Syria and Haiti, respectively. The related cases are set for oral argument on April 29, 2026, and a ruling is expected by the end of the Supreme Court's Term. In response to the Motion, Plaintiff CASA, Inc. ("CASA") states that it takes no position on the Motion and "does not disagree that the outcome of those cases will have significant bearing on the future course of this case." Response at 1, ECF No. 142. The Court agrees and will therefore grant the Motion.

In its response, CASA also asks that the Court nevertheless hold the April 6, 2026 hearing and resolve the pending discovery disputes before any stay takes effect. *See* ECF Nos. 133, 135, 141. Where the parties will likely seek to relitigate the scope of discovery after a Supreme Court

ruling in the related cases, the Court finds that it is more efficient to defer resolution of the pending discovery disputes. However, the Court will require Defendants to complete the production and filing of the revised redacted decisional memoranda pursuant to the Court's April 2, 2026 Order.

Accordingly, it is hereby ORDERED that:

1. The Motion to Stay, ECF No. 138, is GRANTED.

2. This case is STAYED until after the Supreme Court issues a ruling in *Doe* and *Miot*, except that Defendants must comply with the obligations and deadlines set forth in the Court's April 2, 2026 Order, ECF No. 143, relating to the preparation, production, and filing of the two decisional memoranda.

3. The discovery hearing scheduled for April 6, 2026 is postponed until after the stay is lifted.

4. No later than **14 days** after the Supreme Court issues a ruling in *Doe* and *Miot*, the parties shall file a Joint Status Report proposing the next steps in this case, which may include a rescheduled hearing on the pending discovery disputes.

Date: April __3__, 2026



THEODORE D. CHUANG
United States District Judge