**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CASA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*, and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No. 25-1484-TDC |

**ORDER**

For the reasons stated during the November 10, 2026 Case Management Conference, it is hereby ORDERED that:

1. Plaintiff is granted leave to file the Motion to Compel and the Motion for Enforcement of a Subpoena proposed in ECF No. 164 as a single Motion by **Tuesday, November 24, 2026**. Defendants' memorandum in opposition to the Motion is due by **Friday, December 11, 2026**. Any reply brief is due by **Monday, December 21, 2026**.

2. Defendants are granted leave to file within a single brief, by **Tuesday, November 24, 2026**, the Motion proposed in ECF No. 165, as well as a Motion for Reconsideration of the Court's December 8, 2025 denial of the Motion to Dismiss Counts 5 and 8 of the First Amended Complaint, ECF No. 122. The Motion for Reconsideration shall be limited to the argument that the United States Supreme Court's intervening ruling in *Mullin v. Doe*, 146 S. Ct. 2121 (2026), requires dismissal of the claims.

3. Plaintiff shall file, by **Friday, December 11, 2026**, a memorandum in opposition to the Motion for Reconsideration which may include a Cross Motion for Reconsideration of the dismissal of Counts 2 and 7 of the First Amended Complaint in the Court's October 5, 2026 Order, ECF No. 159.

4. Defendants' reply brief is due by **Monday, December 21, 2026** and may respond to Plaintiff's Cross Motion.

5. Plaintiff may file a reply brief on the Cross Motion by **Monday, January 4, 2027**.

Date: November 10, 2026

THEODORE D. CHUANG
United States District Judge